**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Andrew C. Jung, Esq. (SBN 336002)
ajung@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorneys for Plaintiff,
**FRANK GIRON ROBLES**

**MORTENSON TAGGART ADAMS LLP**
Michael D. Mortenson, Esq. (SBN 247758)
mmortenson@mortensontaggart.com
Richard J. May, Esq. (SBN 234684)
rmay@mortensontaggart.com
300 Spectrum Center Drive, Suite 1200
Irvine, California 92618

Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GIRON ROBLES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No: 2:24-cv-00489-RGK-PD<br><br>Judge: Hon. R. Gary Klausner<br><br>Magistrate Judge: Hon. Patricia Donahue<br><br>**JOINT NOTICE OF SETTLEMENT** |

1

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, FRANK GIRON ROBLES, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding, and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: August 14, 2024,  QUILL & ARROW LLP

By: _/s/ Kevin Y. Jacobson_____
Kevin Y. Jacobson, Esq.
Andrew C. Jung, Esq.
Attorneys for Plaintiff,
FRANK GIRON ROBLES

Dated: August 14, 2024,  MORTENSON TAGGART ADAMS LLP

By: _/s/ Richard J. May_____
Michael D. Mortenson, Esq.
Richard J. May, Esq.
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.